STATE v. WAGONER

No. 528P98

Case below: 131 N.C.App. 285

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

STATE v. WALKER

No. 28A99

Case below: 132 N.C.App. 133

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 3 March 1999.

STATE v. WASHINGTON

No. 507P98

Case below: 131 N.C.App. 156

Motion by Attorney General to dismiss appeal allowed 3 March 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999. Justice Martin recused.

STATE v. WHITE

No. 15P99

Case below: 131 N.C.App. 734

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999. Justice Martin recused.

STATE v. WILEY

No. 499P98

Case below: 131 N.C.App. 335

Motion by Attorney General to dismiss appeal allowed 3 March 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.